Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 31 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

7:06-CV-00191
Judge: Kiser

March 29, 2006

Clerk's Office
United States District Court
for the Western District of Virginia
P.O. Box 1234
Roanoke, VA 24006

Re: 06cv0389 - WILLIAMS v. UNITED STATES PAROLE COMMISSION, et al.

Dear Clerk:

On February 17, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed is a copy of that order together with certified copies of our electronic case file, and a certified copy of the docket entries.

Please promptly acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

Your attention to this matter is greatly appreciated.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____

RECEIVED
APR 3 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT